FILED
CLERK, U.S. DISTRICT COURT

AUG - 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH SOMEAH-KWAW,<br><br>      Plaintiff,<br><br>   v.<br><br>CITY OF LOS ANGELES,<br><br>      Defendant. | CASE NO. CV 08-1967-SGL (JTL)<br><br>**J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

**IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

DATED: 8-4-08

/s/ Stephen G. Larson
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE